UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 0:11-cv-61935-CMA

ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation, ROBERT
COHEN, Individually, and DENISE PAYNE,
Individually,

    Plaintiffs,

vs.

FT. LAUDERDALE HOSPITALITY, INC., a
Florida Corporation,

    Defendants.
_____/

## NOTICE OF PARTIAL SETTLEMENT

COMES NOW, the Plaintiff, by and through the undersigned counsel, and provides this Notice of Partial Settlement:

1. The parties have resolved claims with respect to injunctive relief sought under the Complaint, including the nature and timetable for remediation, subject to Court approval of a Consent Decree which the parties anticipate filing within the next ten (10) days.

2. With regard to the remaining issues of attorneys' fees and costs, the parties have commenced settlement discussions in an effort to resolve these remaining matters.

3. Should the parties not be able to amicably resolve the issues of attorneys' fees and costs, either party may file a motion for the Court (or Magistrate) to make its determination of awardable fees and costs no sooner than twenty (20) days

following the date of the filing of the instant Notice of Partial Settlement.

WHEREFORE, the Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN and DENISE PAYNE, submit this Notice of Partial Settlement to the Court.

### **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on April 16, 2012.  We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing..

                                        Respectfully submitted,

By:     /s/ Daniel B. Reinfeld
        DANIEL B. REINFELD, ESQ.
        Florida Bar No.:  174815
        DILL & REINFELD, PLLC
        2450 Hollywood Blvd.
        Suite 310
        Hollywood, FL 33020
        Telephone: (954) 494-4131
        Facsimile: (954) 628-5054
        E-Mail: dan@reinfeldlaw.com

**ACCESS FOR THE DISABLED, INC.,** *et al.* **v. FT. LAUDERDALE HOSPITALITY, INC.**
**Case No.: 0:11-cv-61935-CMA**
<u>**Service List**</u>

LINDA K. DAVIS, ESQUIRE
Florida Bar No.: 0299420
LAW OFFICE OF LINDA K. DAVIS, P.A.
Post Office Box 100
Fort Lauderdale, Florida 33302
Telephone: (954) 524-2280
Facsimile: (954) 524-2281
E-Mail: LKDavis@LindaKDavisLaw.com