UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61935-CIV-ALTONAGA/Simonton

**ROBERT COHEN**, *et al.*,

    Plaintiff,

vs.

**FT. LAUDERDALE HOSPITALTIY, INC.**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Plaintiffs' Notice of Partial Settlement [ECF No. 33], filed on April 16, 2012. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal, with a proposed order, within **thirty (30) days** of the date of this Order. Upon the parties' filing of the Stipulation, the Court will enter an order dismissing the case with prejudice. Pursuant to the CM/ECF Administrative Procedures, the proposed order **shall be submitted to the Court by e-mail in WordPerfect or Word format** at altonaga@flsd.uscourts.gov.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

CASE NO. 11-61935-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of April, 2012.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record